IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THANH KHA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2629 |
| | § | |
| MERRILL LYNCH BUSINESS | § | |
| FINANCIAL SERVICES, INC., | § | |
|     Defendant. | § | |

## ORDER

It is hereby **ORDERED** that the initial pretrial conference for this case is **RESCHEDULED** to **December 2, 2005 at 1:00 p.m.** It is further

**ORDERED** that Plaintiff Thanh Kha, as well as his attorney, shall appear for the December 2, 2005 conference. <u>Plaintiff is cautioned that failure to appear will result in the granting of counsel's Motion to Withdraw [Doc. # 8] and may, if appropriate, result in the dismissal of this case for want of prosecution.</u> It is further

**ORDERED** that the Clerk and Plaintiff's counsel both shall send a copy of this Order to Thanh Kha at 3234 Meadway, Houston, Texas, 77082, by first class <u>and</u> certified mail, return receipt requested. It is further

**ORDERED** that the clerk and Plaintiff's counsel both **shall send a copy of this Order to <u>Thanh Kha, 3234 Meadway, Houston, Texas</u>, by First Class and certified mail, return receipt requested.**

SIGNED at Houston, Texas, this **31st** day of **October, 2005.**

_____
Nancy F. Atlas
United States District Judge